# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :     Bk. No. 18-17527 ELF |
| **GEORGE GETSOS** | : |
| | :     Chapter No. 13 |
| **Debtors** | : |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **FULTON BANK, N.A.** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 1341 WOODED KNOLL, WEST CHESTER, PA 19382-8250 with the mortgage recorded on June 8, 2012 Book 8444, Page 1448 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

December 31, 2018

                                         /s/ Andrew L. Spivack, Esquire
                                         Andrew L. Spivack, Esq., Id. No.84439
                                         Phelan Hallinan Diamond & Jones, LLP
                                         1617 JFK Boulevard, Suite 1400
                                         One Penn Center Plaza
                                         Philadelphia, PA 19103
                                         Phone Number: 215-563-7000 Ext 1566
                                         Fax Number: 215-568-7616
                                         Email: Andrew.Spivack@phelanhallinan.com