UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE GETSOS                                    Chapter 13

                    Debtor                      Bankruptcy No. 18-17527-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
GEORGE  GETSOS

1341 WOODED KNOLLS

WEST CHESTER, PA 19382